UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERWIN ROSENBERG

                Plaintiff,

           -against-

TONYA LASHUN AVERY, DOROTHY ANDERSON, and MICHAEL K. CREASER
                Defendants.

25-cv-00222 (ALC)

ORDER

---

**ANDREW L. CARTER, JR., United States District Judge:**

    In a separate Order filed contemporaneously with this one, the Court granted John K. Landot's motion to appear pro hac vice for Defendant Avery. Therefore, the Court DENIES as moot Plaintiff's motion for a temporary restraining order to enjoin Londot from representing Defendant Avery docketed at ECF No. 32.

    Additionally, the Court ORDERS that the Parties appear before the Court by telephone on Monday, April 7, 2025 at 3:30 p.m for a telephonic status conference. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

SO ORDERED.
Dated:   March 21, 2025
           New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**