UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERWIN ROSENBERG,<br><br>               **Plaintiff,**<br><br>               -against-<br><br>**TONYA LASHUN AVERY**, in her official capacity agent of The Florida Bar, **DOROTHY ANDERSON**, in her official capacity as agent of the Massachusetts Office of the Bar Counsel, and **MICHAEL K. CREASER**, in his official capacity as agent of the New York Attorney Grievance Committee for the Third Judicial Department.<br><br>               **Defendants.** | 25-cv-222 (ALC)<br><br>**ORDER** |

In follow-up from yesterday's conference, the Court advises the Parties of the following deadlines:

- April 28, 2025: Defendants' motions to dismiss (and opening briefs) and Plaintiff's motions to disqualify (and opening briefs) due;
- May 12, 2025: Oppositions to motions to dismiss, oppositions to motions to disqualify, and oppositions to motions for default judgment due; and
- May 19, 2025: Replies, if any, to all oppositions due.

Moreover, during the conference, the Court resolved various outstanding motions. The Clerk of Court is respectfully directed to terminate the following motions:

- ECF No. 13: Denied orally without prejudice;
- ECF No. 19: Denied as moot due to the Court's denial of the motion docketed at ECF No. 13;
- ECF Nos. 20 and 22: Withdrawn by Plaintiff; and
- ECF Nos. 26, 36, 40, 41, 42: Terminated as moot in light of this afternoon's conference and the Court's granting of leave to file the requested motions.

**SO ORDERED.**

**Dated: April 8, 2025**
**New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**