UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERWIN ROSENBERG

                **Plaintiff,**

            -against-

TONYA LASHUN AVERY, DOROTHY ANDERSON, and MICHAEL K. CREASER
                **Defendants.**

25-cv-00222 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's motion for a temporary restraining order (ECF No. 107) and amended motion for a temporary restraining order (ECF No. 108) pending a determination on Plaintiff's amended motion for a preliminary injunction (ECF No. 79). The Court hereby **DENIES** Plaintiff's applications and declines to order any further briefing as to Plaintiff's requested relief.

    The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 107 and 108.

Dated:   July 9, 2025
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**