UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
   ROSENBERG,

                               Plaintiff,     :     1:25-cv-222 (ALC)

              -against-     :     **ORDER**

   AVERY, ET AL.

                          Defendants.
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      On October 23, 2025 this Court received a letter via email from Defendant Tonya Lashun Avery. Defendant is reminded that all correspondence with the Court must be filed on the Docket. Defendant is ordered to file the letter by October 24, 2025.

**SO ORDERED.**

**Dated:** October 23, 2025

     **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**