UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ROSENBERG**

**Plaintiff,**

**-against-**

**AVERY ET AL.**

**Defendants.**

**1:25-CV-0222 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

By October 14, 2026, in no more than 3 pages, if the Court transfers this case, the Parties are ORDERED to address whether it should be transferred to the Northern District of Florida, the District of Massachusetts, or both.

**SO ORDERED.**

**Dated:** October 7, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**